IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| HELEN I. BENNINGTON, DECEASED, BY HER DAUGHTER AND NEXT OF KIN, ANDREA D. SHIVELEY, A CITIZEN AND RESIDENT OF 303 NAVE STREET, CLINTON, ANDERSON COUNTY, TENNESSEE 37716; AND ANDREA D. SHIVELEY, INDIVIDUALLY, A CITIZEN AND RESIDENT OF 303 NAVE STREET, CLINTON, ANDERSON COUNTY, TENNESSEE 37716 | PLAINTIFF |
| VS. | CASE NO: 3:11-CV-460 |
| SSC ANDERSONVILLE OPERATING COMPANY, LLC, A DELAWARE LIMITED LIABILITY COMPANY D/B/A NORRIS HEALTH AND REHABILITATION CENTER, WITH REGISTERED AGENT CT CORPORATION SYSTEM, 800 SOUTH GAY STREET, SUITE 2021, KNOXVILLE, KNOW COUNTY, TENNESSEE 37929 | DEFENDANT |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Counsel for the parties hereby notify the Court that the Plaintiff and Defendant have compromised and settled the claims made in the above-styled and numbered cause against the Defendant, and the Plaintiff has received full accord and satisfaction for all her claims against said Defendant, and this case should be dismissed with prejudice against the Defendant. The agreement by counsel for the parties to enter this joint stipulation is memorialized in the email communication attached hereto as **Exhibit A.**

IT IS THEREFORE STIPULATED AND AGREED that by and between the parties and/or their respective counsel that the above-styled and numbered cause should be voluntarily dismissed with prejudice against the Defendant pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

1

Respectfully submitted,

SSC ANDERSONVILLE OPERATING
COMPANY LLC D/B/A NORRIS HEALTH
AND REHABILITATION CENTER

BY *[signature]*
David M. Eaton (BPR 025849)

OF COUNSEL:

David M. Eaton, Esquire (BPR #025849)
Hagwood Adelman Tipton, PC
5200 Maryland Way, Suite 301
Brentwood, TN   37027
Telephone: (615) 661-7820
Facsimile:   (615) 661-7236
Email: deaton@hatlawfirm.com

Carl Hagwood, Esquire (BPR #025873)
Hagwood Adelman Tipton, PC
P. O. Box 4537
Greenville, MS 38704-4537
Telephone:  (662) 335-5555
Facsimile:  (662) 335-5700
Email:   chagwood@hatlawfirm.com

APPROVED BY:

HELEN I. BENNINGTON, DECEASED,
BY HER DAUGHTER AND NEXT OF KIN,
ANDREA D. SHIVELEY

BY: *[signature]* Tim Bobo by permission *[initials]*
J. Timothy Bobo

J. Timothy Bobo, Esq.
Michael M. Stahl, Esq.
Ridenour & Ridenour
108 South Main Street
Clinton, TN   37717-0530

## CERTIFICATE OF SERVICE

I, David M. Eaton, do hereby certify that I have this the 19th day of September, 2014, electronically filed the foregoing *Joint Stipulation Of Dismissal With Prejudice* with the Clerk of the Court using the ECF Filing System which will send notification of such filing to the counsel of record for all parties to this proceeding:

J. Timothy Bobo, Esq.
Michael M. Stahl, Esq.
Ridenour & Ridenour
108 S. Main Street
P.O. Box 530
Clinton, TN 37717-0530

By:/s/ *David M. Eaton*

3